# LAW OFFICE OF CHAD J. LAVEGLIA PLLC 

September 15, 2023

Re: <u>Famiglietti v. NYC Department of Sanitation et al.</u>,
Docket No.: 23-cv-02754 (LDH) (VMS)
Letter explaining non-appearance

<u>Via ECF</u>
Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge Hall:

   I am writing to apologize to the Court and opposing counsel for not appearing at the pre-motion conference. I had an unforeseeable emergency involving my children. I am sorry for inconveniencing this Court and opposing counsel. I would also like to thank Your Honor for giving me the opportunity to explain my absence, for the Court's patience and understanding.

Plaintiff is aware of this Court's subsequent Scheduling Order and will submit his opposition pursuant thereto.

Thank you.

Dated:    September 15, 2023
             Hauppauge, New York

                                          Respectfully Submitted ,

                                          By: Chad J. Laveglia Esq.,
                                          Law Office of Chad J. LaVeglia PLLC
                                          350 Motor Parkway, Ste #308
                                          Hauppauge, NY 11788
                                          (631) 450-2468
                                          claveglia@cjllaw.org