UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ROCCO FAMIGLIETTI,

                                                   Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF SANITATION, CITY OF NEW YORK, ERIC ADAMS, DAVID CHOKSHI,

                                                   Defendants.

------------------------------------------------------------------------X

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**

No. 23 CV 2754(LDH)(VMS)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated September 8, 2023, and upon all the papers and proceedings previously had herein, the undersigned will move this Court, before the Hon. LaShann DeArcy Hall, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza, Brooklyn, New York, 11201, on a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety on the grounds that, as a matter of law, the Complaint fails to adequately state a claim upon which relief can be granted and for further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the scheduling order issued by the Court on August 17, 2023, Plaintiff's answering papers, if any, shall be served upon the undersigned on or before September 22, 2023, Defendants shall serve their reply papers, if any, upon Plaintiff on or before October 6, 2023, and Defendants shall file the full-briefed motion via ECF on or before October 6, 2023.

Dated: New York, New York
       September 8, 2023

                                  **HON. SYLVIA O. HINDS-RADIX**
                                  Corporation Counsel of the
                                    City of New York
                                  Attorney for Defendants
                                  100 Church Street, Room 2-125
                                  New York, New York 10007
                                  (212) 356-2467

                       By:     /s/ *Kathleen M. Linnane*
                                   Kathleen M. Linnane
                                   Assistant Corporation Counsel
                                   klinnane@law.nyc.gov


TO: All Counsel (via e-mail)

Docket No. 23 Civ 2754 (LDH)(VMS)

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROCCO FAMIGLIETTI,

                                               Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF SANITATION, CITY OF NEW YORK, ERIC ADAMS, DAVID CHOKSHI,

                                              Defendants.

---

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**

---

***HON. SYLVIA O. HINDS-RADIX***
*Corporation Counsel of the City of New York*
*Attorney for City Defendants*
*100 Church Street, Room 2-125*
*New York, N.Y.  10007*

*Of Counsel:  Kathleen M. Linnane*
*Tel:  (212) 356-2467*

---

*Due and timely service is hereby admitted.*

*New York, N.Y.  ............................................................. , 20......*

*........................................................................................, Esq.*

*Attorney for.....................................................................................*