UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ROCCO FAMIGLIETTI,

                                                         Plaintiff,

                      -against-

NEW YORK CITY DEPARTMENT OF SANITATION, CITY OF NEW YORK, ERIC ADAMS, DAVID CHOKSHI,

                                                     Defendants.

**DECLARATION OF KATHLEEN M. LINNANE IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**

No. 23 CV 2754(LDH)(VMS)

------------------------------------------------------------------------X

        **KATHLEEN MAURA LINNANE** declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

        1.     I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants, the New York City Department of Sanitation, City of New York, Eric Adams, and David Chokshi, in the above-captioned proceeding.

        2.     I respectfully submit this delcaration in support of Defendants' Motion to Dismiss the Complaint.

        3.     Attached hereto as Exhibit "A" is a true and correct copy of the U.S. Equal Employment Opportunity Commission Charge of Discrimination filed by Rocco C. Famiglietti, dated January 22, 2023.

        I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 8, 2023

                    **HON. SYLVIA O. HINDS-RADIX**
                    Corporation Counsel of the
                      City of New York
                    Attorney for Defendants
                    100 Church Street, 2-125
                    New York, New York 10007
                    (212) 356-2467

By:   /s/ *Kathleen M. Linnane*
       Kathleen M. Linnane
       Assistant Corporation Counsel
       klinnane@law.nyc.gov

Docket No. 23 Civ 2754 (LDH)(VMS)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROCCO FAMIGLIETTI,

                                                              Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF SANITATION, CITY OF NEW YORK, ERIC ADAMS, DAVID CHOKSHI,

                                                              Defendants.

**DECLARATION**

*HON. SYLVIA O. HINDS-RADIX*
*Corporation Counsel of the City of New York*
*Attorney for City Defendants*
*100 Church Street, Room 2-125*
*New York, N.Y.  10007*

*Of Counsel:  Kathleen M. Linnane*
*Tel:  (212) 356-2467*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ............................................................... , 20......*

*............................................................................................., Esq.*

*Attorney for......................................................................................*