# EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

For Official Use Only – Charge Number:

EEOC Form 5A (October 2017)

Inquiry #520-2023-02050

| | |
|---|---|
| **Personal Information** | First Name: Rocco   MI: C   Last Name: Famiglietti<br>Address: [redacted]   Apt.: <br>City: [redacted]   County: [redacted]   State: [redacted]   Zip Code: [redacted]<br>Phone: [redacted]   Home ☐ Work ☐ Cell ☐ Email ☑ : [redacted] |
| **Who do you think discriminated against you?** | Employer ☑   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: New York City Dept. of Sanitation<br>Address: 59 Maiden Lane 5th Floor   Suite: <br>City: New York   State: NY   Zip Code: 10038   Phone: 646-885-1081 |
| **Why you think you were discriminated against?** | Race ☐  Color ☐  Religion ☑  Sex ☐  National Origin ☐  Age ☐<br>Disability ☐  Genetic Information ☐  Retaliation ☐  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: April 25, 2022<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br><br>On April 18, 2022, I was demoted from the position of Supervisor.<br><br>On April 25, 2022, I was terminated following a denied request for Religious Exemption (without reason). |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: [signed]   Date: 1/22/23 |

Attention: **Intake Unit**

From: Rocco Famiglietti
Date: January 30, 2023
Pages: 1

Inquiry #: 520-2023-02050

I would like to request a **Notice of Right To Sue Letter.**

Please send letter via email to the following, ███████████████

Thank you,


Rocco Famiglietti
███████████

# EEOC (Inquiry) Number: 520-2023-02050

## Inquiry Information

### INQUIRY OFFICE

**Receiving:** New York District Office

**Accountable:** New York District Office

### POTENTIAL CHARGING PARTY

**Name:** Mr. Rocco C. Famiglietti Jr.

**Address:**

**Year of Birth:**

**Email Address:**

**Phone Number:**

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** M

**Disabled?** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** White,

**National Origin:** American(U.S.)

### RESPONDENT/Employer

**Organization Name:** New York City Department of Sanitation

**Type of Employer:** State or Local Government that I applied to, work for, or worked for

**Number of Employees:** An uncertain number of employees

**Address:** 59 MAIDEN LN FL 5
NEW YORK, NY 10038

**County:**

**Phone Number:**

### LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:** 120-15 31st Avenue

QUEENS, NY 11354

**County:**

## RESPONDENT CONTACT

**Name:** New York City Department of Sanitation

**Email Address:** ATahir@dsny.nyc.gov

**Phone Number:**

**Title:**

## REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 04/25/2022

**Reason for Complaint:** Religion

**Pay Disparity:**

**Location of Incident:** New York

**Submission (Initial Inquiry) Date** 01/17/2023

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:** 520-2023-02050

**Claim previously filed as complaint with another Agency?** No

**Agency Name:**

**Approximate Date of Filing:**

**Nature of Complaint:**

## Adverse Action(s)

On 10/27/21, sent a request for religious exemption from newly required Cv19 vaccination with the NYC Sanitation. 11/02/21, received email from DSNY requesting further info regarding my request for RE. Emailed additional info on 11/04/21. 11/18/21, received a denial letter without reasoning for denial. 12/09/21, filed an appeal & continued working. 01/19/22, sent home from work & placed on LWOP status. 01/26/22, returned to work with doctor's note & granted a medical extension until 04/03/22. 04/04/22, sent home & placed on LWOP. 04/18/22, while on LWOP, demoted from a Supervisor to worker via phone. I was told, "this is not how we normally do this but since you are on leave, this is the way it is." The phone call skipped formalities, union guidelines & denied chance of due process. I was demoted & terminated a few days later. 04/26/22, received a letter of termination effective immediately as of 04/25/22 including health insurance. I never received a specific reason for denial of RE.

## APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

## APPROXIMATE DEADLINE FOR FILING A CHARGE: 02/20/2023

## Supplemental Information

**What Reason(s) were you given for the action taken against you?**

On November 18, 2021, I received a denial letter answering my request for religious exemption stating that, "Because the information you provided in support of your request has not sufficiently demonstrated to DSNY that there is a basis for granting you and exemption to the above order, DSNY is denying your request for an accommodation."

I was terminated on April 25, 2022

**Was anyone in a similar situation treated the same, better, or worse than you?**

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

**Please tell us any other information about your experience?**