# LAW OFFICE OF CHAD J. LAVEGLIA PLLC

December 23, 2024

Re: <u>Famiglietti v. NYC Department of Sanitation et al.</u>,
Docket No.: 23-cv-02754 (LDH) (VMS)

<u>Via ECF</u>
Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge Hall:

    This office represents Plaintiff Rocco Famiglietti. I am writing in response to this Court's Order dated December 19, 2024. I apologize to the Court for not attending the status conference scheduled for December 19, 2024. I concluded a three-week jury trial on December 18, 2024. I forgot to calendar the new date set by the Court on December 9, 2024, since I was engaged in trial. Again, I apologize to the Court for my oversight.

Respectfully Submitted ,

_____
By: Chad J. LaVeglia Esq.,
Law Office of Chad J. LaVeglia PLLC
350 Motor Parkway, Ste #308
Hauppauge, NY 11788
(631) 450-2468
claveglia@cjllaw.org