

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KATHLEEN M. LINNANE<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Telephone: (212) 356-2467<br>E-mail: klinnane@law.nyc.gov |

August 27, 2025

**By ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Famiglietti v. New York City Department of Sanitation, et al.</u>
           1:23-cv-02754-LDH-VMS

Dear Judge Scanlon:

   I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendants in the above-referenced action. In accord with the Court's July 1, 2025 Order, I write to inform the Court that, with the exception of Defendants' receipt of medical records from Plaintiff's treating licensed social worker, for which Plaintiff has agreed to execute and deliver to Defendants an Authorization for Release of Health Information Pursuant to HIPAA ("HIPAA Release"), the parties have completed discovery.

   Further, though the parties have not yet exchanged deposition transcripts for the depositions conducted in this matter, the parties shall do so promptly upon receipt of the respective transcripts.

   The parties thank the Court for its attention to this matter.

                Respectfully submitted,

                /s/ *Kathleen M. Linnane*
                Kathleen M. Linnane
                Attorney for Defendants

Cc: All Counsel, by ECF