# LAW OFFICE OF CHAD J. LAVEGLIA PLLC    CJLAW

November 12, 2025

Re:    Famiglietti v. City of New York,
       Docket No.: 23-cv-02754 (LDH) (VMS)

Via ECF
Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge Hall:

This office represents Plaintiff Rocco Famiglietti. I am writing to request a stay of the proceedings. I am a solo practitioner. I enlisted in the United States Navy and leave for active-duty training on November 24, 2025. I will not return until approximately June 1, 2026. Therefore, I respectfully request the Court stay the proceedings until then and adjust the dates regarding the City's motion in support of summary judgment. I have also spoken with Mr. Famiglietti and advised him of his options. He has chosen to continue with my representation and consents to a stay.

Defendants are currently due to submit a pre-motion letter and Rule 56.1 Statement in support of their anticipated motion for summary judgment by Friday, November 14, 2025. I have conferred with counsel for the defense about my request to stay the proceedings and they consent. I am available until November 21, 2025, should the Court have any questions or concerns.

Respectfully Submitted ,

_____
By: Chad J. LaVeglia Esq.,
Law Office of Chad J. LaVeglia PLLC
350 Motor Parkway, Ste #308
Hauppauge, NY 11788
(631) 333-8478
claveglia@cjllaw.org