

November 12, 2025

Re:     <u>Famiglietti v. City of New York,</u>
        Docket No.: 23-cv-02754 (LDH) (VMS)

<u>Via ECF</u>
Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge Hall:

This office represents Plaintiff Rocco Famiglietti. I am unsure if my request for a stay of the proceedings is proper or if it should be a request for an adjournment/extension. Therefore, I am complying with Your Honor's Individual Practice Rules (I) (E) as well. Please see the letter motion for a stay of the proceedings filed earlier today on ECF (Doc No. 30.

a. The original date of the request is today, November 12, 2025.

b. The reason for the request—as explained in greater detail in the letter motion—is that I am leaving for active-duty military training on November 24, 2025, with the United States Navy and will not return until early June 2026. While this is my anticipated return date it is subject to change.

c. The defense has requested an extension/adjournment on four (4) prior dates. Plaintiff consented to the defense requests. Plaintiff and Defendant jointly requested an extension on one (1) prior date. Thus, there is a total of 5 prior requests for adjournments or extensions of time.

d. All previous requests were granted.

e. Opposing counsel consents to the plaintiff's request.

f. Plaintiff's request significantly affects the scheduling dates. However, a proposed Revised Scheduling Order has not been completed given the uncertainty as to the proper nature of my request and the duration of my absence.



g. Defendants are currently due to submit a pre-motion letter and Rule 56.1 Statement in support of their anticipated motion for summary judgment by Friday, November 14, 2025.

I am available until November 21, 2025, should the Court have any questions or concerns.

Respectfully Submitted ,

_____
By: Chad J. LaVeglia Esq.,
Law Office of Chad J. LaVeglia PLLC
350 Motor Parkway, Ste #308
Hauppauge, NY 11788
(631) 333-8478
claveglia@cjllaw.org