# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

| For Official Use Only – Charge Number: |
| --- |

EEOC Form 5A (October 2017)

Inquiry #520-2023-02050

| **Personal Information** | First Name: Rocco    MI: C    Last Name: Famiglietti<br>Address: 2522 Lincoln Blvd.    Apt.: _____<br>City: North Bellmore    County: Nassau    State: NY    Zip Code: 11710<br>Phone: 516-214-7610    Home ☐    Work ☐    Cell ☑    Email: Rocco.Famiglietti@Gmail.com |
| --- | --- |
| **Who do you think discriminated against you?** | Employer ☑    Union ☐    Employment Agency ☐    Other Organization ☐<br>Organization Name: New York City Dept. of Sanitation<br>Address: 59 Maiden Lane 5th Floor    Suite: _____<br>City: New York    State: NY    Zip Code: 10038    Phone: 646-885-1081 |
| **Why you think you were discriminated against?** | Race ☐    Color ☐    Religion ☑    Sex ☐    National Origin ☐    Age ☐<br>Disability ☐    Genetic Information ☐    Retaliation ☐    Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of <u>most recent job action</u> you think was discriminatory: April 25, 2022<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br><br>On April 18, 2022, I was demoted from the position of Supervisor.<br><br>On April 25, 2022, I was terminated following a denied request for Religious Exemption (without reason). |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: _____    Date: 1/22/23 |

DEFENDANT'S EXHIBIT

P

October 27, 2021, I submitted a request for a religious exemption from the newly required Covid-19 vaccination with the NYC Dept. of Sanitation.

November 2, 2021, received email from DSNY requesting further information regarding my request for religious exemption. Emailed additional information on November 4, 2021.

November 18, 2021, I received a denial letter stating that, "Because the information you provided in support of your request has not sufficiently demonstrated to DSNY that there is a basis for granting you an exemption to the above order, DSNY is denying your request for an accommodation."

I was offered to file an appeal in order to continue working while the appeal was reviewed which I submitted on December 9, 2021. I worked until I was sent home from work and placed on leave without pay status on January 19, 2022. I returned to work on January 26, 2022 after submitting a doctor's note and I was granted a medical extension until April 3, 2022. When my extension ran out, I was sent home again on April 4, 2022 and placed back on leave without pay status.

On April 18, 2022 while on leave without pay status, I was notified of being demoted from a Supervisor back to a worker over the phone. I was told on the call, "this is not how we normally do this but since you are on leave, this is the way it is." The phone call skipped many formalities and denied my opportunity for due process as well as union guidelines. I was demoted only to be terminated a few days later.

On April 26, 2022, received a letter stating my termination from the job effective immediately as of April 25, 2022 including health insurance termination. I was never given a specific reason why my request was denied.

October 27, 2021, I submitted a request for a religious exemption from the newly required Covid-19 vaccination with the NYC Dept. of Sanitation.

November 2, 2021, received email from DSNY requesting further information regarding my request for religious exemption. Emailed additional information on November 4, 2021.

On November 18, 2021, received a denial letter without reasoning for denial

On December 9, 2021, filed an appeal and continued working.

On January 19, 2022, sent home from work and placed on leave without pay status

On January 26, 2022, returned to work with doctor's notes and granted a medical extension until April 3, 2022.

On April 4, 2022, sent home and placed back on LWOP status.

On April 18, 2022, while on LWOP, I was demoted from a Supervisor back to a worker over the phone. I was told on the call, "this is not how we normally do this but since you are on leave, this is the way it is." The phone call skipped many formalities and denied opportunity for due process as well as union guidelines. I was demoted only to be terminated a few days later.

On April 26, 2022, received a letter stating my termination from the job effective immediately as of April 25, 2022 including health insurance termination. I was never given a specific reason why my request was denied.

RF_0045_Prod1