UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROCCO FAMIGLIETTI,

Plaintiff,

—against—

NEW YORK CITY DEPARTMENT OF SANITATION, CITY OF NEW YORK, ERIC ADAMS, and DAVID CHOKSHI,

Defendants.

---

STIPULATION OF DISMISSAL

No. 23-CV-02754 (LDH) (VMS)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiff Rocco Famiglietti ("Plaintiff") and the defendants New York City Department of Sanitation, City of New York, Eric Adams, and David Chokshi ("Defendants") hereby agree and stipulate that this action, and all claims asserted by Plaintiff therein, shall be dismissed with prejudice.

Dated: September 22, 2026
Hauppauge, New York

CHAD J. LAVEGLIA, Esq.
Law Office of Chad J. LaVeglia PLLC
Attorney for Plaintiff
350 Motor Parkway, Suite #308
Hauppauge, NY 11788
(631) 333 – 8478
claveglia@cjllaw.org

/s Dominique Anglade
STEVEN BANKS
Corporation Counsel of the
City of New York
Attorneys for Defendants
100 Church Street, Room 2-144
New York, New York 10007
(212) 356-2432
danglade@law.nyc.gov
By: Dominique Anglade.
Assistant Corporation Counsel